UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOHN VELEZ,
DARYL RADZIWON,
CASEY MITTAUER,
JOSEPH DEROSA,
ROBERT DEPRIEST, and
JOSEPH LAGRASTA,

    Defendants.
_____/

## VERDICT

We, the Jury, unanimously find the Defendants:

### Count 1 – Conspiracy to Commit Mail Fraud and Wire Fraud

| Defendant | Guilty | Not Guilty |
|---|---|---|
| John Velez | ✓ | |
| Daryl Radziwon | | ✓ |
| Casey Mittauer | | ✓ |
| Joseph DeRosa | | ✓ |
| Robert DePriest | | ✓ |
| Joseph Lagrasta | | ✓ |

## Mail Fraud Counts

| Count | Defendant | Guilty | Not Guilty |
|---|---|---|---|
| 3 | Casey Mittauer | | ✓ |
| 4 | Casey Mittauer | | ✓ |
| 5 | Joseph DeRosa | ✓ | |
| 6 | Robert DePriest | | ✓ |
| 7 | Daryl Radziwon | | ✓ |
| 10 | Joseph Lagrasta | | ✓ |
| 11 | Joseph Lagrasta | | ✓ |
| 12 | John Velez | ✓ | |

## Wire Fraud Counts

| Count | Defendant | Guilty | Not Guilty |
|---|---|---|---|
| 13 | Casey Mittauer | | ✓ |
| 14 | Casey Mittauer | | ✓ |
| 15 | Robert DePriest | | ✓ |
| 16 | Robert DePriest | | ✓ |
| 17 | Daryl Radziwon | | ✓ |
| 21 | Joseph DeRosa | ✓ | |
| 22 | Joseph Lagrasta | | ✓ |
| 23 | Joseph Lagrasta | | ✓ |
| 24 | John Velez | ✓ | |
| 25 | John Velez | ✓ | |

## False Statement Within the Jurisdiction of HUD Counts

| Count | Defendant | Guilty | Not Guilty |
|---|---|---|---|
| 26 | Casey Mittauer | | ✓ |
| 27 | Casey Mittauer | | ✓ |
| 31 | Joseph DeRosa | ✓ | |
| 32 | Joseph Lagrasta | | ✓ |
| 33 | John Velez | ✓ | |

**SO SAY WE ALL.**

Signed and dated at the U.S. Courthouse in Fort Lauderdale, Florida, this 28 day of April, 2011.